1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:24-cv-00725-WBS-CSK

    IN RE:  STEVEN WAYNE BONILLA        No. 2:24-cv-00801-WBS-CSK
12

13                                              No. 2:24-cv-00802-WBS-CSK

14                                              No. 2:24-cv-00803-WBS-CSK

15                                              No. 2:24-cv-00804-WBS-CSK

16                                              No. 2:24-cv-00805-WBS-CSK

17                                              No. 2:24-cv-00806-WBS-CSK

18                                              No. 2:24-cv-00838-WBS-CSK

19                                              No. 2:24-cv-00839-WBS-CSK

20                                              No. 2:24-cv-00840-WBS-CSK

21                                              **ORDER**

22

23

24         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25  above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

                                            1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2  the Court to open a new case for each attempted new pleading and assign it to the Court for

3  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

4  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

5       The Court has reviewed the complaints/petitions filed in the above-captioned cases and

6  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

7       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00725, 2:24-cv-00801, 2:24-cv-

8  00802, 2:24-cv-00803, 2:24-cv-00804, 2:24-cv-00805, 2:24-cv-00806, 2:24-cv-00838, 2:24-cv-

9  00839 and 2:24-cv-00840 are DISMISSED; the Clerk of the Court is directed to close these cases.

10  No further filings will be accepted.

11  Dated:  April 4, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-00838, plaintiff names the Yuba County Superior Court.  In the caption of 2:24-cv-00840, plaintiff names the Sierra County Superior Court.  To the extent plaintiff intended to raise the claims raised 2:24-cv-00838 and 2:24-cv-00840 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-00838 and 2:24-cv-00840 are related to Plaintiff's Alameda County criminal conviction.

2